A. S. Thomas, Appellee and Cross-Appellant, v. Roman J. Kowalewski, et al., Defendants.
On Appeal of Josephine E. Richards and K. A. Richards, Appellants and Cross-Appellees.

Gen. No. 46,799.

First District, Second Division.
September 30, 1958.
Rehearing denied October 17, 1958.
Released for publication October 17, 1958.

Franklin J. Stransky, Rathje, Kulp, Sabel & Sullivan, all of Chicago, for Josephine E. Richards and K. A. Richards, appellants and cross-appellees; Joseph F. Elward and Edward S. Macie, of Chicago, for A. S. Thomas, plaintiff-appellee and cross-appellant. Opinion by JUSTICE MURPHY. Not to be published in full.